IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 FEB 15 PM 4:58

JEFFREY P. COLWELL
CLERK

BY _____ DEP. CLK

Jesus Madrigal
Plaintiff,

v.

IHOP #1830 ,
Defendant.

## TITLE VII COMPLAINT

### PARTIES

1. Plaintiff Jesus I Madrigal is a citizen of U.S.A
who presently resides at the following address:
1790 W. Mosier pl. #707 Denver, CO 80223

2. Defendant Ihop #1830 lives at or is located at the following address:
4730 W. 120th Ave. Westminster, CO 80020

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
Ihop #1830   4730 W. 120th Ave. Westminster, Co 80020

6. Jurisdiction also is asserted pursuant to the following statutory authority:
_____

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on ___Sept 2016___ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on ___Nov 18 2016___ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

   __X__ Race   ____ Color   __X__ Religion

   ____ Sex   ____ National Origin

   __X__ Other (please specify) ___because I was standing up to them.___

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ____ Failure to hire

    ____ Failure to promote

    __X__ Demotion/discharge from employment

    ____ Other (please specify) _____

(Rev. 07/06)                                    2

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Jesse Madrigal
1790 W. Mosier Place #707
Denver, CO 80223

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2016-02271 | Christopher D. Padilla, Supervisory Investigator | (303) 866-1336 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act**: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA)**: EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosure(s)

_____
Elizabeth Cadle,
**District Director**

NOV 1 8 2016
*(Date Mailed)*

cc: IHOP

My name is Jesse Madrigal,

I have worked for Ihop for almost 15 years up until recently, which is the basis of my story.

I started working at the Westminster Ihop on 120th ave and sheriridan Blvd. In Westminster Co. I have worked at this location for around 4 years now. My general Manager is named Sam dechraoui also there is a new general manager named Jordan aka "Hanie" also included in this is ummer Khaled naizzi and supervisor alli. I have ended up losing everything including everything I own and even almost my life. Let me start from the end and work my way back on July 17th 2016 I finished my shift and was sat down by the general manager sam and was told that I was being terminated because I was late for my shift that day and also that I was being fired because he said that the employees were complaining about my religion and didn't like it that I was always talking about god in the restaurant and that they didn't like hearing me talk about my religion which is catholic. The owner is muslim and so are many of the employees there. Now I am not against muslims what so ever I have many many friends that are very dear to me and have even helped raise me teaching me of their culture which is pretty cool. I also sat here while this man was trying to us words to bring me down so I wouldn't write this and to make me feel a bad as possible while firing me. So we did a massive remodel for the restaurant about two months ago. And I ended up having a major panic attack freaking out when they had changed the uniform colors and the whole style of the restaurant. I'll admit I started crying because of how bad I felt from all of this this sudden culture shock hit me hard. So in the meeting with my boss he said that. I should be lucky that I wasn't terminated because I didn't want to wear my apron and telling the head hanchos that this was not what IHOP was and letting my apron fall to the ground. See this isn't the first time he mentioned it about a week prior to this conversation he had thrown it out there in another meeting we had a few days earlier not using the firing part but the using me crying to try to make me feel ashamed. See these people thrive on focusing on the people who they feel they can fall prey on and control them the way they want to. Sam specifically targets people he can control or people who have self-esteem issues or medical issues because he thinks that if these people tell their stories to the customers the people will come back to his ihop and he will have a greater profit for the restaurant. See sam knew that if he fired me it would mess with my finances and it would not only impact me but also my family as well. A sense of psychological control. In fact he has mentioned to me on two separate occasions that he would hate to mess with my finances if I was to not do exactly what he wants me to do or if I didn't conduct myself the way he wanted which include intimidation by means of power of suggestion as a warning but I'm not standing for this and there are some who can attest to this but there are also people who are too scared to speak up because of this restaurants owners and managers tactics. Also sam has also expressed to me that he is a partner in this restaurant and the one that is being built on 104th and i25 in we4stminster which I will also discuss later. So I borrowed 780 dollars from sam and I had a family medical emergency and had to go home and take care of my family both my mom and step dad were sick and also were under some duress due to some sort of influence that was out in Wyoming. I left Colorado and on the way there someone shot at my truck in the middle of the night while driving. I thought that they were going for the tire but it hit a serpentine belt and a pulley which incidentally almost caused me to hit a parked police car because both those components went out right as I was pulling into the library on or about July 18th during the afternoon where I am writing this story now. Luckily my hands were both on the wheel and my foot was on the brake as well, my car kept trying to go in that police cars direction like it was trying to hit it, mind you I was only going about 2 or 3 miles an hour trying to park. Now I woulda thought this to be coincidental but then the other day about a week ago I went to Lyons and was trying to get into the park and someone started shooting in the air about 5 or 6 times while I was trying to get into where I used to swim as a kid I went to school in Lyons as a kid. So when I was out in Wyoming checking on my family sam called me on father's day trying to ruin it for me and my family telling me that I was suspended for a week for doing a no call no show. Mind you this guy I have been friends with for almost ten years or more so I know him very well. I told him that I had need to leave to check on my mom and family stating that I had to leave under the FMLA ACT my mom has a medical condition she has Parkinson's disease and my step dad has had triple bypass heart surgery from his heart attacks and surgery's these last couple of years. He said he didn't care. Ok I was like whatever extended vacation. So I get back to work and sam sits me down and we start talking about me leaving to Wyoming and I told him that it was my workers right if I

qualified to invoke the FMLA ACT and I did. I told him it was my rights and he said 'fuck your rights I don't care and If you want to bring up rights again you can walk right out that front door!" so mind you I was suspended for a week without having any income so I wasn't able to give sam our agreed weekly payment of 100 dollars so I thought it was cool and I was leaving the restaurant and sam comes chasing me outside screaming to me why am I trying to run and hide from him all the while trying to act like he's some collector coming at me in a threatening manner that was very unprofessional and he started yelling and losing his tie like he wanted to fight. I turned around and told him ya right I wouldn't run from him. This was witnessed by the employees and he also did this in front of the customers.

also another thing that I would like to address is that I'm a bigger guy and I get hot very easy everyone that I work with knows this so at times when sam or someone was upset with me whatever section that I was in would always have the heat turned on and I feel that it directed towards me making me sweat and be uncomfortable at the same time trying to make me lose weight because they want everyone to be fit and attractive looking because that's the big thing. They would try to make it so I would lose weight. I can't tell you how skinny I am now compared to what I used to be. Also when someone was upset with the servers they would turn the heat windows up real hot so people would burn themselves and leave scars and hurt them as like a loyalty thing like a prove your dedication thing. I have a huge lifelong scar on my arm because of this because of the window being turned up so hot to where it burned me.. Everyone else has been issued arm socks but not me. Also when there would be a change in policy or we would have a new promotion or any other type of need to know basis they would never tell me I would have to find out as I found out whether it be by just showing up for work or seeing something on my own as it comes up. They would never inform me of things but would tell everyone else. Also the day that I was fired I waived at a customer to say hi like I have for years and sam was sitting at the table and leaned over to them and I know he told them to not to say hi which they normally would have. Also another thing is I would never ever get to be able to request days off or get a day off on the weekend but everyone else always goes on vacations and gets days off on the weekend but not me. I had requested the time off to go check on my family and he didn't like the dates I chose and told me that other people were already gonna be gone and it was the same people that always go on vacations and I told him I was either gonna go then or go now because I felt it was an emergency and he said I couldn't so I left because I seen the posting of the FML Act. I feel that I had been a victim of job sabotage because of who I am. I have also had to hear countless complaints about Mexicans in that restaurant making me feel very uncomfortable also as well as making other people feel the same way due to their heritage making everyone feel harassed and look down. So due to all of this I am now jobless homeless and have lost everything I own because of sam and these managers and all they have done to me. It's this places fault a person is supposed to grow with a company and get a better life not have it destroy someone's life.

Ai have even had people outside of work that knows my family but don't know me but knows I work there tell me that a guys wife went in there and overheard everyone talking about me when I went to go check on my family saying things that maybe I was drunk or in jail trying to slander my name and reputation that I have built for so many years. One day while I was working everyone knows that I always help people especially the elderly at my work. Well that day a really old couple needed help out as I was walking them to the door little did I know that someone had targeted my grandfather for his gold ring our family heirloom and the guy had stole it off his finger in the middle of the day a very huge coincidence of someone trying to make a point and insult. At the same fricken time! There was this girl Kayla that me and another server went out with one night and she was instructed to act very seductively towards me even to the point of showing off her body in a seductively way then asking me if I wanted to go home with her. Over the next few months she had mentioned that she had blackmail over sam. I'm willing to bet this is what she was talking about as well as other things. There is also another server that worked there that they would use to keep me distracted trying to hook up with and every time I would get upset with them they would call her over to calm me down because they knew I liked her. Also I feel that she was made to do these things. They also tried using her to get me to try to be converted to Muslim religion by sam saying things like maybe one day she would be my girlfriend or maybe even my wife. Omar would take pictures of us sitting together and people would try to hook us up but I wouldn't because she had an on and off boyfriend at times. Everyone kept trying to get me to talk to her like a courting type at times making both of us uncomfortable at times it was cool and we would chill go out for drinks with friends she would give me rides to the bus stop from work we would hang out like friends but then as soon as that incident happened at the restaurant with the

remodel she all of a sudden didn't want to hang out any more like a flick of the switch. Sam had even made comments to me that "we will get her ready for you" so I think they forced her to do this because she also mentioned once that her boyfriend tried to extort money from her because he had photos he was using as leverage. Plus she also said that her family controls her money because they are afraid she would give it away. So also the last two times sam had referred to me in our meetings sam had said they saved me from a harassment thing from me. I also told sam the last time we spoke that our old boss years ago of the three of us told me that she and an old employee were trying to do a false sexual claim against me. At the time I was manager for ihop and owned my own company. Also the other day I seen sam and Jordan outside talking to one of my friends who was an employee there sam was talking to him in a manner that I felt was threatening and so I stood up for him telling sam that what he was doing wasn't right and that he needs to stop acting that way, and sam is trying to play it off like he was a victim trying to make himself sound better. So let's talk about Jordan he is the main owner's brother this guy has been after me since day one. See they need someone scary and in control of that restaurant for when sam leaves to the 104th and i25 location which incidentally used to be an old armadillo a Mexican food restaurant established for years but wasn't allowed to renew the lease because the land owner wouldn't let them because of a promise of more money to this area location bug business squeezing out the small guy. I know this because I read a note on the door of the armadillo saying this and the manager Jane at ihop also told me as well straight from the owners mouth. Her son Jerad also threatened me with being hung like where he's from. And Jane told me one day to go speak Mexican to the workers in the back I couldn't believe what I heard. This women even told me that she hates children. My response to her was you're in the wrong business then. So Jordan had a sit down with me the day after the incident with him and sam and the server. I made a mistake on a ticket and he said that if I did that again I wouldn't like what he was gonna do. After I got off work there was a fire in my neighborhood and then while driving to the fire in Nederland I drove past the Louisville and hwy 36 exit and someone had turned the two flags on the bridge upside down and so I drove up to them and climbed the fence and turned them around and faced them the right way. And also those guys who started that fire in Nederland they were from Alabama so are Jordan and Omar Mr. Ummer heathers from Florida Cedrick is from France and alli and his wife are from Texas who don't like their nephew because we are friends and his mom lives in France. So when I was in the mountains I stopped at a gas station and two locals working said there were looters in the area so I drove back up and told the Sherriff and apparently they stopped the people. This happened the day of mine and Jordan's "Hanie" meeting at the restaurant. Also the utter disrespect of his tone and manner towards me demanding money from me to tip out the bussers. Telling me in a very rude manor what my instructions for work that day always very very poor and disrespectful tone towards me. The day after there was a newspaper article front page saying that the two guys who started the fire were from Alabama and I never seen omar so nervous in all the time I known him at work. He even had the girl come in who doesn't work there anymore come in and try to calm me down as to offer her to me or something. She looked like she was crying the night before or something but was there because omar had her come over to the restaurant. On 4th of July I was only supposed to work till 8pm but didn't get off till 330 because sam on purpose didn't schedule enough servers so me and the manager had to work later and harder because he was mad at me and mad at the manager because he was going on vacation and sam had to pay him for it so he sabotaged the shift on purpose. See sam is an extremely knowledgeable person when it comes to an ihop. An expert from the computer to the light wiring to dimensions and diagrams of the whole restaurant. I know this because I am the same way when it comes to ihop due to working for it for so many years. Also one day another server was speaking their mind and omar looked at him and said remember our arrangement and the guy shut up. I looked at omar and said what arrangement are you talking about? At this point I'm clearly sure they are using leverage over people in one way or another. All of a sudden the last week of employment the bosses offered me a paid trip with them to Texas, I started getting good sections and I actually started making real good money. This is the point I'm pretty sure they were aware of me coming after them. People are scared here at the restaurant and are having things held over their head and I will not stand for it. These guys have done me wrong like no other and now I'm taking care of this mess. My phone number is **7206921331** if you need to get ahold of me or by email as well.

Jesse Madrigal.



Reply  Forward

EMail is Best   JesseMadrigal3827@Gmail.com

*[signature: Jesse Madrigal]*

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

I ask the courts to grant relief in the matter of Discrimination and Harassment to the Plaintiff in the amount of $422,407.00

Date: 2/14/17

_(Plaintiff's Original Signature)_

1790 W. Mosier pl. #707
(Street Address)

Denver, CO 80223
(City, State, ZIP)

(720) 419-8765
(Telephone Number)